# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____   Case No.: M-20-542-STE

Charging Document: **Complaint**   No. of Defendants: 1   Total No. of Counts: 2   Sealed: Y ☑ N ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   Warrant: ☑   Summons: ☐   Notice: ☐

Companion Case No. (if any): _____

By: ah

### DEFENDANT INFORMATION:

| Name: **JORGE LUIS VILLARREAL** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: xx-xx-1979 | SSN: | Race: Hispanic | Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐ | Juvenile: Y ☐ N ☐ | Language/Dialect: | |

### DEFENDANT STATUS/RECOMMENDATION:     PRIOR MAGISTRATE JUDGE PROCEEDINGS:

☑ Not in Custody     ☑ Detention Requested     Complaint: Y ☐ N ☑

☐ Type of Bond: _____

☐ In Custody at: _____     Magistrate Judge Case No.: MJ-

Inmate/Prisoner/Register No.: _____     Previously Detained: Y ☐ N ☐

### ATTORNEY/AGENCY INFORMATION:

☐ Public Defender   Name: _____     AUSA: Ashley L. Altshuler
☐ CJA Panel        Address: _____     Agent/Agency: ATF
☐ Retained         Phone: _____       Local Officer/Agency: _____

### CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(a)(1)(A) | Dealing in firearms Without a License | NMT 10 yrs. imprisonment; $250,000 fine; O/B; NMT 3 yrs. S/R; $100 SA |
| 2 | 18 U.S.C. § 924(n) | Traveling Interstate to Deal Firearms Without a License | NMT 10 yrs. imprisonment; $250,000 fine; O/B; NMT 3 yrs. S/R; $100 SA |

Signature of AUSA: /s/ Ashley Altshuler     Date: 11-2-20

3/19